UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :
SANSONIA WOMBLE,                      :
                    :      19 Civ. 6569 (PAE)
            Plaintiff,    :
                    :      ORDER OF DISMISSAL
       -v-           :
                    :
PENNSYLVANIA HIGHER EDUCATION  :
ASSISTANCE AGENCY and SUNTRUST BANK, :
                    :
           Defendants.  :
                    :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       On October 2, 2020, the Court issued an order to show cause why this action should not be dismissed for the plaintiff's failure to serve the Summons and Complaint within the 90 day period after the Complaint was filed as required by Rule 4(m) of the Federal Rules of Civil Procedure.  Dkt. 4.  On July 15, 2019, plaintiff filed the complaint in this action.  Dkt. 2.  The plaintiff has still failed to execute service of process on either defendant.  *See* Dkt. 2.

       The Court's October 2, 2020 order to show cause advised that if the Court did not receive any written communication from plaintiff by October 16, 2020, showing good cause why service was not made within 90 days, the Court would dismiss the claims against defendants.  Dkt. 4.  Plaintiff has not provided such communication or otherwise taken any action to make any progress in this case since the Court's order to show cause.

       Accordingly, the Court hereby dismisses this case, without prejudice.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: October 19, 2020
       New York, New York